IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GREGORY LUCE and NICHOLAS
NEWMAN,

                Plaintiffs,                ORDER

    v.

                                                  14-cv-046-wmc

TOWN OF CAMPBELL, WISCONSIN,
TIM KELEMEN, and NATHAN CASPER,

                Defendants.

---

At defendants' request, the court held a status conference today with all parties appearing by counsel to clarify whether the court intended to hear testimony at the preliminary injunction hearing scheduled for April 7, 2014. During the conference, plaintiffs represented that they needed discovery in order to address representations made by defendants as to the traffic safety justification for the Town's adoption of Ordinance 9.12. Based on this need, coupled with plaintiffs' failure to comply with the court's procedure to be followed on motions for injunctive relief,[1] the court will deny plaintiffs' motion for preliminary injunction without prejudice to refiling. If plaintiffs refile, defendants will have thirty days to respond, and the court will schedule a hearing if needed. Accordingly,

    IT IS ORDERED that:

    1) Defendants' motion for clarification (dkt. #24) is GRANTED; and

---

[1] The procedures were docketed in this case on February 25, 2014, and available on the court's website at http://www.wiwd.uscourts.gov/sites/default/files/Injunctive_Relief.pdf.

2) Plaintiffs' motion for preliminary injunction (dkt. #5) is DENIED without prejudice to refiling.

Entered this 27th day of March, 2014.

        BY THE COURT:

        /s/

        _____
        WILLIAM M. CONLEY
        District Judge