

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888   Fax: 248.644.1120
www.bienenstock.com

Job #: 141211WI-MI-GR
Job Date: 12/11/2014
Order Date: 12/11/2014
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

## Invoice

Invoice #: 574263
Inv.Date: 01/08/2015
Balance: $806.86

**Bill To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Timothy Kelemen | Certified Transcript incl. S&H | Pages | 169 | $453.06 |
| 2 | Excerpt of Timothy Kelemen | Certified Transcript | Pages | 77 | $261.80 |
| 3 | | Exhibit CD's | Page | 2 | $30.00 |
| 4 | | Exhibits Color and B&W | Total | 1.00 | $62.00 |
| 5 | | | | | |
| 6 | | DEPOSITION TAKEN IN | | | |
| 7 | | LA CROSSE, WI | | | |

Comments:

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $806.86 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $806.86 |
| Payment | $0.00 |
| Balance Due | $806.86 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

RECEIVED JAN 1 0 2015

**Bill To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

**Deliver To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

## Invoice

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025

Invoice #: 574263
Inv.Date: 01/08/2015
Balance: $806.86
Job #: 141211WI-MI-GR
Job Date: 12/11/2014
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141210WI-MI-GR
Job Date: 12/10/2014
Order Date: 12/10/2014
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #: 574296
Inv.Date: 01/08/2015
Balance: $615.46

**Bill To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Nathan Casper | Certified Transcript incl. S&H | Pages | 78 | $216.11 |
| 2 | Scott Johnson | Certified Transcript | Pages | 72 | $187.20 |
| 3 | Scott Johnson 30(b)(6) | Certified Transcript | Pages | 73 | $189.80 |
| 4 | | Exhibits Color and B&W | Total | 1.00 | $22.35 |
| 5 | | | | | |
| 6 | | DEPOSITION TAKEN IN | | | |
| 7 | | LA CROSSE, WI | | | |

**Comments:**

Offices in: Bingham Farms/Southfield I Grand Rapids I Ann Arbor I Detroit I Flint I Jackson I Lansing I Mt. Clemens I Saginaw

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $615.46 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $615.46 |
| Payment | $0.00 |
| Balance Due | $615.46 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

RECEIVED JAN 1 0 2015

**Bill To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

**Deliver To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

# Invoice

Invoice #: 574296
Inv.Date: 01/08/2015
Balance: $615.46
Job #: 141210WI-MI-GR
Job Date: 12/10/2014
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888 Fax: 248.644.1120
www.bienenstock.com

Job #: 141212WI-MI-GR
Job Date: 12/12/2014
Order Date: 12/12/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 574631
Inv. Date: 01/15/2015
Balance: $393.91

**Bill To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Nicholas Newman | Certified Transcript incl. S&H | Pages | 142 | $382.51 |
| 2 | | Exhibits Color and B&W | Total | 1.00 | $11.40 |
| 3 | | | | | |
| 4 | | DEPOSITION TAKEN IN | | | |
| 5 | | LA CROSSE, WI | | | |

**Comments:**

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $393.91 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $393.91 |
| Payment | $0.00 |
| Balance Due | $393.91 |

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

**Deliver To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

# Invoice



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888 Fax: 248.644.1120

Invoice #: 574631
Inv. Date: 01/15/2015
Balance: $393.91
Job #: 141212WI-MI-GR
Job Date: 12/12/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141219WI-MI-GR
Job Date: 12/19/2014
Order Date: 12/19/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 574628
Inv.Date: 01/15/2015
Balance: $736.66

**Bill To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Zachary Fronk | Certified Transcript incl. S&H | Pages | 67 | $187.51 |
| 2 | Timothy Kelemen | Certified Transcript | Pages | 73 | $189.80 |
| 3 | Gregory Luce | Certified Transcript | Pages | 134 | $348.40 |
| 4 | | Document Imaging | Total | 1.00 | $10.95 |
| 5 | | | | | |
| 6 | | DEPOSITION TAKEN IN | | | |
| 7 | | LA CROSSE, WI | | | |

**Comments:**

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

*Federal Tax I.D.:* 38-3231100

*Terms:* Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $736.66 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $736.66 |
| Payment | $0.00 |
| Balance Due | $736.66 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

**Deliver To:**
Ms. Michele M. Ford
Crivello, Carlson & Mentkowski
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203

# Invoice

Invoice #: 574628
Inv.Date: 01/15/2015
Balance: $736.66
Job #: 141219WI-MI-GR
Job Date: 12/19/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025

## DIANE E. KENNEDY, Court Reporter

316 West 7th Street
Winona, Minnesota 55987-3260
Phone: 507.452.6642
Fax: 507.474.1409
dianekennedy@hbci.com

SS# 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

## I N V O I C E

TO: Ashley E. Fale, Attorney at Law, CRIVELLO, CARLSON
710 N. Plankinton Ave., Suite 500, Milwaukee, WI 53203

RE: Gregory Luce and Nicholas Newman v. Town of Campbell, Wisconsin, Tim Kelemen and Nathan Casper
Case No. 14-C-46

DATE: June 5, 2015                                          TERMS: Net 30 Days

### MAY 28, 2015

| | |
|---|---:|
| Deposition of Gerald Miller | |
| Transcript | $188.40 |
| (one copy) | |
| Deposition of Carl Wiggert | |
| Transcript | 131.20 |
| (one copy) | |
| Deposition of Tony B. Curtis | |
| Transcript | 117.40 |
| (one copy) | |
| Deposition of Donald J. Lecheler | |
| Transcript | <u>110.50</u> |
| (one copy) | |
| TOTAL | $547.50 |