

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141211WI-MI-GR
Job Date: 12/11/2014
Order Date: 12/11/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 574262
Inv.Date: 01/08/2015
Balance: $845.81

**Bill To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Timothy Kelemen | Certified Transcript (see comments) | Pages | 169 | $472.01 |
| 2 | Excerpt of Timothy Kelemen | Certified Transcript / E-mail only | Pages | 77 | $281.80 |
| 3 | | Exhibit CD's | Page | 2 | $30.00 |
| 4 | | Document Imaging | Total | 1.00 | $62.00 |
| 5 | | | | | |
| 6 | | DEPOSITION TAKEN IN | | | |
| 7 | | LA CROSSE, WI | | | |

**Comments:**
E-mail only incl. S&H

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $845.81 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $845.81 |
| Payment | $0.00 |
| Balance Due | $845.81 |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

**Deliver To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

## Invoice



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 574262
Inv.Date: 01/08/2015
Balance: $845.81
Job #: 141211WI-MI-GR
Job Date: 12/11/2014
DB Ref.#:
Date of Loss:
Your File #:
Your Client:

**EXHIBIT 1**