

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141210WI-MI-GR
Job Date: 12/10/2014
Order Date: 12/10/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 574295
Inv.Date: 01/08/2015
Balance: $662.15

**Bill To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Nathan Casper | Certified Transcript / E-mail only | Pages | 78 | $222.80 |
| 2 | Scott Johnson | Certified Transcript / E-mail only | Pages | 72 | $207.20 |
| 3 | Scott Johnson 30(b)(6) | Certified Transcript / E-mail only | Pages | 73 | $209.80 |
| 4 | | Document Imaging | Total | 1.00 | $22.35 |
| 5 | | | | | |
| 6 | | DEPOSITION TAKEN IN | | | |
| 7 | | LA CROSSE, WI | | | |

**Comments:**

Offices in: Bingham Farms/Southfield I Grand Rapids | Ann Arbor I Detroit I Flint I Jackson I Lansing I Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $662.15 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$662.15** |
| Payment | $0.00 |
| Balance Due | $662.15 |

Federal Tax I.D.: 38-3231100    Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

**Deliver To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

# Invoice

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 574295
Inv.Date: 01/08/2015
Balance: $662.15
Job #: 141210WI-MI-GR
Job Date: 12/10/2014
DB Ref.#:
Date of Loss:
Your File #:
Your Client:

EXHIBIT
2