

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141212WI-MI-GR
Job Date: 12/12/2014
Order Date: 12/12/2014
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #: 574630
Inv.Date: 01/15/2015
Balance: $940.61

**Bill To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 |  | Attendance |  | 1.00 | $165.00 |
| 2 | Nicholas Newman | Original Transcript incl. S&H | Pages | 142 | $764.21 |
| 3 |  | Exhibits Color and B&W | Total | 1.00 | $11.40 |
| 4 |  |  |  |  |  |
| 5 |  | DEPOSITION TAKEN IN |  |  |  |
| 6 |  | LA CROSSE, WI |  |  |  |

**Comments:**

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $940.61 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $940.61 |
| Payment | $0.00 |
| Balance Due | $940.61 |

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

**Deliver To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

# Invoice



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 574630
Inv.Date: 01/15/2015
Balance: $940.61
Job #: 141212WI-MI-GR
Job Date: 12/12/2014
DB Ref.#:
Date of Loss:
Your File #:
Your Client:

**EXHIBIT 3**