

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141219WI-MI-GR
Job Date: 12/19/2014
Order Date: 12/19/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 574629
Inv.Date: 01/15/2015
Balance: $783.35

**Bill To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Zachary Fronk | Certified Transcript / E-mail only | Pages | 67 | $194.20 |
| 2 | Timothy Kelemen | Certified Transcript / E-mail only | Pages | 73 | $209.80 |
| 3 | Gregory Luce | Certified Transcript / E-mail only | Pages | 134 | $368.40 |
| 4 | | Document Imaging | Total | 1.00 | $10.95 |
| 5 | | | | | |
| 6 | | DEPOSITION TAKEN IN | | | |
| 7 | | LA CROSSE, WI | | | |

**Comments:**

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $783.35 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $783.35 |
| Payment | $0.00 |
| Balance Due | $783.35 |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

**Deliver To:**
Mr. Justin H. Lessner
Axley Brynelson, LLP
2 E Mifflin St
Suite 200
Madison, WI 53703

# Invoice

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 574629
Inv.Date: 01/15/2015
Balance: $783.35
Job #: 141219WI-MI-GR
Job Date: 12/19/2014
DB Ref.#:
Date of Loss:
Your File #:
Your Client:

**EXHIBIT 4**