

pri court reporting, llc

390 S. Washington Avenue
Columbus, Ohio 43215-5542

614.460.5000 • 800.229.0675

fax 614.460.5566

www.priohio.com • pri@priohio.com

prompt. precise. professional.

# INVOICE

Axley Brynelson, LLP
ATTN: Justin H. Lessner
2 E. Mifflin Street, Suite 200
Madison, WI 53703

Invoice Number: 201854
Invoice Date: 02/04/2015

In RE: Luce, et al. vs. Town of Campbell, et al.
Paul Dorothy
Attendance Date: 01/20/2015, 9:00am
Reporter: Julia Lamb

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 2.5 | Reporter Appearance | 55.00 | 137.50 |
| 104 | Original Transcript | 3.75 | 390.00 |
| 1 | 5% discount - electronic delivery | -19.50 | -19.50 |
| 1 | Signature Fee | 35.00 | 35.00 |
| 1 | FedEx Delivery [return exhibits] | 20.00 | 20.00 |

Invoice Total: 563.00
Taxes: 0.00

Thank you for working with PRI Court Reporting.
We hope we've exceeded your expectations.

If you'd like to pay with a credit card, please call
our office at 614.460.5000

INVOICE DUE WITHIN 30 DAYS. Tax ID: 45-5367683

The attorney/firm identified above is the contracting party unless agreed to otherwise by PRI in writing prior to the rendering of services.
The attorney and/or firm is entirely responsible for the full and timely payment of fees incurred in the matter above.

EXHIBIT
5