**DIANE E. KENNEDY**, Court Reporter

316 West 7th Street
Winona, Minnesota 55987-3260
Phone: 507.452.6642
Fax: 507.474.1409
dianekennedy@hbci.com

SS# 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

## I N V O I C E

TO: Justin H. Lessner, Attorney at Law, AXLEY BRYNELSON, LLP
Manchester Place, Suite 200, 2 E. Mifflin St., P.O. Box 1767
Madison, WI 53701-1767

RE: Gregory Luce and Nicholas Newman v. Town of Campbell, Wisconsin, Tim Kelemen and Nathan Casper
Case No. 14-C-46

DATE: June 5, 2015                                TERMS: Net 30 Days

---

### MAY 28, 2015

| | |
|---|---:|
| Deposition of Gerald Miller | |
|     Transcript | $188.40 |
|     (one copy) | |
| Deposition of Carl Wiggert | |
|     Transcript | 131.20 |
|     (one copy) | |
| Deposition of Tony B. Curtis | |
|     Transcript | 117.40 |
|     (one copy) | |
| Deposition of Donald J. Lecheler | |
|     Transcript | <u>110.50</u> |
|     (one copy) | |
| TOTAL | $547.50 |

**EXHIBIT 6**