# INSTY-PRINTS®
PRINT / SIGNS / MAIL

2 East Mifflin Street
Madison, Wisconsin 53703
608.255.0046
Fax 608.255.0124
jim@instymadison.com

# Invoice

**84244**

DATE 12/8/14

P.O. NUMBER

Sold To:
Sally
Axley Brynelson
2 E. Mifflin Street
Madison WI 53703
283.6775
257-5444

DIGITAL PRINT & GRAPHIC DESIGN • DIRECT MAIL & EDDM • SIGNS & BANNERS • LARGE FORMAT • SCANNING • WINDOW & VEHICLE GRAPHICS

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | File #11097.71953 | 94.63 |

Taken by: Jim     File #11097.71953

| | |
|---|---|
| SUBTOTAL | 94.63 |
| TAX | 5.21 |
| SHIPPING | |
| TOTAL | 99.84 |

**TERMS AND CONDITIONS**
In the event that the Purchaser of the printing and other services recorded on this invoice shall fail to make payment for the same, Seller may commence action against the Purchaser to recover the amount due and pursue all remedies for the collection of such amount including reasonable costs of collection and attorney's fee incurred in the collection.

APPROVED CHARGE  X

Received by (Signature)     (Date)

PLEASE PAY FROM THIS INVOICE. TERMS: NET 30 DAYS
Invoices not paid when due shall be subject to a late charge of 1.5% per month or the highest rate permitted by law.

- *Thank You* -
We Appreciate Your Business

Designed and Printed by:
**INSTY-PRINTS**
PRINT / SIGNS / MAIL

**Graphic Design**
☐ Approved
☐ Proofreading Waiver

RELEASE OF LIABILITY: I hereby acknowledge that I have proofread and approve, or have waived my right to proofread the typesetting, and that all costs for printing are my responsibility, as [...] job has been prin[...] Prints is not respo[...]

EXHIBIT 7