

# BIENENSTOCK
## NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

| | |
|---|---|
| Job #: | 141211WI-MI-GR |
| Job Date: | 12/11/2014 |
| Order Date: | 12/11/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

## Invoice

| | |
|---|---|
| Invoice #: | 574260 |
| Inv.Date: | 01/08/2015 |
| Balance: | $856.95 |

**Bill To:**
Mr. Martin De Vries
Sager & Colwin
201 South Marr Street
Fond du Lac, WI 54935

| | |
|---|---|
| Action: | Luce, Gregory, et al |
| | VS |
| | Town of Campbell, et al |
| Action #: | 14-cv-46 |
| Rep: | WI-MI-GR |
| Cert: | |

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|---|---|---|---|---|---|---|
| 1 | Timothy Kelemen | Certified Transcript incl. S&H | Pages | 169 | | $503.15 |
| 2 | Excerpt of Timothy Kelemen | Certified Transcript | Pages | 77 | | $261.80 |
| 3 | | Exhibits | Page | 155 | | $62.00 |
| 4 | | Exhibit CD's | Page | 2 | | $30.00 |
| 5 | | | | | | |
| 6 | | DEPOSITION TAKEN IN | | | | |
| 7 | | LA CROSSE, WI | | | | |

**Comments:**
*********COD*********

Offices in:  Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $856.95 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $856.95 |
| Payment | $0.00 |
| Balance Due | $856.95 |

**Federal Tax I.D.:** 38-3231100

**Terms:** Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Martin De Vries
Sager & Colwin
201 South Marr Street
Fond du Lac, WI 54935

**Deliver To:**
Mr. Martin De Vries
Sager & Colwin
201 South Marr Street
Fond du Lac, WI 54935



## Invoice

# BIENENSTOCK
## NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

| | |
|---|---|
| Invoice #: | 574260 |
| Inv.Date: | 01/08/2015 |
| Balance: | $856.95 |
| Job #: | 141211WI-MI-GR |
| Job Date: | 12/11/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |



EXHIBIT
"2"