

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141212WI-MI-GR
Job Date: 12/12/2014
Order Date: 12/12/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 574382
Inv.Date: 01/09/2015
Balance: $395.60

**Bill To:**
Mr. Martin De Vries
Sager & Colwin
201 South Marr Street
Fond du Lac, WI 54935

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Nicholas Newman | Certified Transcript | Pages | 142 | $384.20 |
| 2 | | Exhibits Color and B&W | Total | 1.00 | $11.40 |
| 3 | | | | | |
| 4 | | DEPOSITION TAKEN IN | | | |
| 5 | | LA CROSSE, WI | | | |

**Comments:**
********COD********

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $395.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $395.60 |
| Payment | $0.00 |
| Balance Due | $395.60 |

Federal Tax I.D.: 38-3231100    Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Martin De Vries
Sager & Colwin
201 South Marr Street
Fond du Lac, WI 54935

**Deliver To:**
Mr. Martin De Vries
Sager & Colwin
201 South Marr Street
Fond du Lac, WI 54935

# Invoice



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 574382
Inv.Date: 01/09/2015
Balance: $395.60
Job #: 141212WI-MI-GR
Job Date: 12/12/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



EXHIBIT "4"