

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 141219WI-MI-GR
Job Date: 12/19/2014
Order Date: 12/19/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 574383
Inv.Date: 01/09/2015
Balance: $1,266.75

**Bill To:**
Mr. Martin De Vries
Sager & Colwin
201 South Marr Street
Fond du Lac, WI 54935

Action: Luce, Gregory, et al
vs
Town of Campbell, et al
Action #: 14-cv-46
Rep: WI-MI-GR
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 |  | Attendance (Gregory Luce) |  | 1.00 | $125.00 |
| 2 | Zachary Fronk | Certified Transcript incl. S&H | Pages | 67 | $244.20 |
| 3 | Timothy Kelemen | Certified Transcript | Pages | 73 | $189.80 |
| 4 | Gregory Luce | Original Transcript | Pages | 134 | $696.80 |
| 5 |  | Exhibits Color and B&W | Total | 1.00 | $10.95 |
| 6 |  |  |  |  |  |
| 7 |  | DEPOSITION TAKEN IN |  |  |  |
| 8 |  | LA CROSSE, WI |  |  |  |

**Comments:**
********COD********

Offices in: Bingham Farms/Southfield | Grand Rapids | Ann Arbor | Detroit | Flint | Jackson | Lansing | Mt. Clemens | Saginaw

| | |
|---|---|
| Sub Total | $1,266.75 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,266.75 |
| Payment | $0.00 |
| Balance Due | $1,266.75 |

**Federal Tax I.D.:** 38-3231100     **Terms:** Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Martin De Vries
Sager & Colwin
201 South Marr Street
Fond du Lac, WI 54935

**Deliver To:**
Mr. Martin De Vries
Sager & Colwin
201 South Marr Street
Fond du Lac, WI 54935

# Invoice

**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Invoice #: 574383
Inv.Date: 01/09/2015
Balance: $1,266.75
Job #: 141219WI-MI-GR
Job Date: 12/19/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

EXHIBIT 3