**DIANE E. KENNEDY**, Court Reporter

316 West 7th Street
Winona, Minnesota 55987-3260
Phone: 507.452.6642
Fax: 507.474.1409
dianekennedy@hbci.com

SS# 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

## I N V O I C E

TO: Martin J. De Vries, Attorney at Law, SAGER & COLWIN, S.C.
201 S. Marr St., P.O. Box 2068, Fond du Lac, WI 54936-2068

RE: Gregory Luce and Nicholas Newman v. Town of Campbell, Wisconsin, Tim Kelemen and Nathan Casper
Case No. 14-C-46

DATE: June 5, 2015                                    TERMS: Net 30 Days

### MAY 28, 2015

| | |
|---|---|
| Deposition of Gerald Miller | |
|     Transcript | $ 356.60 |
|         (original & one copy) | |
| Deposition of Carl Wiggert | |
|     Transcript | 247.80 |
|         (original & one copy) | |
| Deposition of Tony B. Curtis | |
|     Transcript | 220.60 |
|         (original & one copy) | |
| Deposition of Donald J. Lecheler | |
|     Transcript | 208.00 |
|         (original & one copy) | |
| Appearance Fee | 175.00 |
| TOTAL | $1,208.00 |

EXHIBIT "5"