IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**GREGORYL LUCE and NICHOLAS NEWMAN**,

      Plaintiffs,

v.                                                         Case No. 14-cv-00046-wmc

**TOWN OF CAMPBELL, WISCONSIN and TIM KELEMEN**,

      Defendants.

and

**COMMUNITY INSURANCE CORPORATION**,

      Intervenor,

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Plaintiffs Gregory Luce and Nicholas Newman appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's June 16, 2015 Opinion and Order (ECF No. 127) granting Defendant Town of Campbell and Defendant Tim Kelemen's, Motions for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment as to Plaintiffs' First and Second Causes of Action that challenge the constitutionality of the Town of Campbell's Ordinance 9.12.

Plaintiffs also appeal from the District Court's July 2, 2015 Opinion and Order (ECF No. 134) granting Defendant Kelemen's Motion for Summary Judgment and denying Plaintiff Luce's

Motion for Summary Judgment as to Plaintiff Luce's Third, Fourth, and Fifth Causes of Action. Plaintiffs appeal from the Final Judgment (ECF No. 135) entered by the District Court on July 6, 2015.

Date:   July 31, 2015                    Respectfully submitted,

                                                WISLAWYER, LLC

/s/ Bernardo Cueto
Bernardo Cueto, Esq. WI Bar No. 1076013
700 N. 3 rd Street, Suite LL5
La Crosse, WI 54601
(608) 797-8123
bernardo@wislawyer.com

THOMAS MORE LAW CENTER

s/Erin Kuenzig
*Erin Kuenzig, Esq. (MI Bar No. P78077)
24 Frank Lloyd Wright Drive, P.O. Box 393
Ann Arbor, Michigan 48106
Tel (734) 827-2001; Fax (734) 930-7160
ekuenzig@thomasmore.org

/s Erin Mersino
*Erin Mersino, Esq. (MI Bar No. P70886)
*Richard Thompson, Esq. (MI Bar No. P21410)
24 Frank Lloyd Wright Drive, P.O. Box 393
Ann Arbor, Michigan 48106
Tel (734) 827-2001; Fax (734) 930-7160
emersino@thomasmore.org

*Pro hac vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I certify that a copy of the foregoing has been served by ordinary U.S. Mail and electronic mail upon all parties for whom counsel has not yet entered an appearance electronically: none.

/s/ Erin Kuenzig
Erin Kuenzig